# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                         Plaintiff,         )<br>                                                            )<br>             vs.                                      )<br>                                                            )<br> DAVID EISELE,                                 )<br>                                                            )<br>                         Defendant.    ) | **CR06-319 JLR**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James L. Robert, United States District Judge:

The defendant, David Eisele, is hereby directed to appear for Arraignment on Friday, December 1, 2006 at 9:30am

The hearing will be conducted before the Honorable John L. Weinberg, United States Magistrate Judge, in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 3rd day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**