# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CR06-319 JLR** |
| DAVID EISELE, | ) | |
| Defendant. | ) ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Status Hearing regarding the Rule 20 transfer of this case to the District of Colorado is continued to Wednesday, December 20, 2006, at 10:00am, to allow the parties sufficient time to generate the required paperwork.

Dated this 30th day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**